**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

SANDY SCHLOEMER,              CASE NO.: 8:17-cv-03041-EAK-MAP

    Plaintiff,

vs.

CITIBANK (SOUTH DAKOTA), N.A.,

    Defendant,
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby dismiss the above-entitled action and all claims asserted in the action with prejudice. The parties agree to bear their own fees and costs.

    Respectfully submitted,

/s/ Christopher W. Boss
***Christopher W. Boss, Esq.***
Florida. Bar No.: 13183
Service Email: cpservice@bosslegal.com
BOSS LAW
9887 Fourth Street North, Suite 202
St. Petersburg, Florida 33702
Phone: (727) 471-0039
Fax: (888) 503-2182
*Attorney for Plaintiff*

/s/ John L. Dicks
***John L. Dicks***
Florida Bar No. 89012
Email: john.dicks@akerman.com
Email: caren.collier@akerman.com
AKERMAN, LLP
401 East Jackson Street. Suite 1700
Tampa, FL 33602
Phone: (813) 223-7333
Fax: (813) 218-5410
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 20th day of April, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          /s/ Christopher W. Boss
                                          Christopher W. Boss, Esq.